Charles E. Dorkey III (CD-8422)
S. Jane Moffat (SM-0912)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)



*Attorneys for Plaintiffs Tammany
Atkinson and Bee's Knees, Inc.*

**JUDGE SAND**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**08 CV 0197**

------------------------------------------------------------ x

TAMMANY ATKINSON and
BEE'S KNEES, INC.,

          Plaintiffs,

          -against-

KAISER AMERICA, INC. and
MAHONY CAI

          Defendants.

------------------------------------------------------------ x

: Civil Action No.

: **RULE 7.1 STATEMENT**

: ECF CASE

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tammany Atkinson and Bee's Knees Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE

Dated: January 9, 2008
       New York, New York

                                McKENNA LONG & ALDRIDGE LLP

                                By: _____
                                Charles E. Dorkey III (CD-8422)
                                S. Jane Moffat (SM-0912)
                                230 Park Avenue
                                Suite 1700
                                New York, New York 10169
                                (212) 905-8330
                                (212) 922-1819 (facsimile)