AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

TAMMANY ATKINSON and BEE'S KNEES, INC.

V.

KAISER AMERICA, INC. and MAHONY CAI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0197**

**JUDGE SAND**

TO: (Name and address of Defendant)

Kaiser America, Inc.
350 Fifth Ave., Suite 721
New York, New York  10118

Mahony Cai
c/o Kaiser America, Inc.
350 Fifth Ave., Suite 721
New York, New York  10118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles E. Dorkey III
McKenna Long & Aldridge LLP
230 Park Avenue, Suite 1700
New York, New York  10169
(212) 905-8330
(212) 922-1819 (facsimile)

Attorneys for Plaintiffs Tammany
Atkinson and Bee's Knees, Inc.

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_[signature]_

(By) DEPUTY CLERK

DATE   JAN 1 0 2008

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/10/2008 |
| NAME OF SERVER *(PRINT)* Michael Falsone | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   Served Mahony Cai, General Manager, on Behalf of Kaiser America, Inc., 350 5th Ave, Suite 721, NY, NY 10118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/11/2008      *[signature]*
             Date               Signature of Server

           27 Whitehall Street - 8th Fl, NY, NY 10004
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/10/2008 |
| NAME OF SERVER *(PRINT)* Michael Falsone | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    Served Mahony Cai, at Kaiser America, Inc., 350 5th Avenue, Suite 721, NY, NY 10118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/11/2008
               Date                      *Signature of Server*

                                  27 Whitehall Street - 8th Fl, NY, NY 10004
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.