USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-08

SANDS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAMMANY ATKINSON and
BEE'S KNEES, INC.,

          Plaintiffs,

    -against-

KAISER AMERICA, INC. and
MAHONY CAI

          Defendants.
-----------------------------------------------------------X

Index No. 08-cv-0197 (LBS)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED that this action is dismissed with prejudice and without costs.

Dated: February 14, 2008
       New York, New York

McKENNA LONG & ALDRIDGE LLP

By: _____
Charles E. Dorkey III (CD-8422)
S. Jane Moffat (SM-0912)
230 Park Avenue
Suite 1700
New York, New York 10169
(212) 905-8330
*Attorneys for Plaintiffs Tammany*
*Atkinson and Bee's Knees, Inc.*

GOTTLIEB, RACKMAN & REISMAN, P.C.

By: _____
Amy B. Goldsmith
270 Madison Avenue
New York, New York 10016
(212) 684-3900

*Attorneys for Defendants Kaiser America,*
*Inc. and Mahony Cai*

NY:12050891

Dated:
    New York, New York

                                    SO ORDERED:

                                    _____  2/19/08
                                    U.S.D.J.

NY:12050891

2